NO.
12-05-00318-CR

 

              IN THE COURT OF APPEALS

 

 TWELFTH COURT OF APPEALS DISTRICT

 

                             TYLER, TEXAS

 

 

RICHARD MARTIN, II,                                   §     APPEAL FROM THE 349TH

APPELLANT

 

V.                                                                         §     JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE                                                       §     HOUSTON COUNTY, TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                  PER
CURIAM

This appeal is being
dismissed for want of jurisdiction. 
Appellant was convicted of four counts of indecency with a child.  Punishment was assessed at forty years of
imprisonment for each count.  Thereafter,
Appellant filed a notice of appeal.  To
be sufficient to invoke the appellate court’s full jurisdiction, the notice of
appeal filed by an appellant in a criminal case must bear the trial court’s
certification of the appellant’s right to appeal.  Tex.
R. App. P. 25.2(d).  Appellant’s
notice of appeal does not include the required certification.

On October 10, 2005,
this Court notified Appellant, pursuant to Texas Rules of Appellate Procedure
25.2 and 37.1, that the notice of appeal does not include the trial court
certification.  The notice also informed
Appellant that unless he filed a proper notice of appeal on or before
November 9, 2006, the appeal would be referred to the Court for dismissal.

The deadline for
responding to this Court’s notice has expired, and Appellant has failed to
respond to our notice.  Therefore, the
appeal is dismissed for want of jurisdiction.

Opinion delivered November 16, 2005.

Panel consisted of Worthen, C.J.,
Griffith, J., and DeVasto, J.

 

                                                             (DO NOT PUBLISH)








 




 
 
 
 
 
 
 
 
 
 
 
 
 
  
 




[COMMENT1] 

 

 

 

                                                COURT OF APPEALS

                      TWELFTH COURT OF
APPEALS DISTRICT OF TEXAS

                                                              JUDGMENT

 

                                                           NOVEMBER
16, 2005

 

                                                          NO. 12-05-00318-CR

 

                                                          RICHARD
MARTIN, II.,

                                                                       Appellant

                                                                             V.

                                                         THE
STATE OF TEXAS,

                                                                       Appellee

 _____________________________________________________________________________

                                          Appeal from the 349th Judicial District Court

                                      of Houston County, Texas. (Tr.Ct.No.
04-CR-113)

 _____________________________________________________________________________

 

THIS CAUSE came on to be heard on the
transcript of the record; and the same being inspected, it is the opinion of
the Court that this Court is without jurisdiction of the appeal, and that the
appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and
DECREED by the Court that this appeal be, and the same is, hereby Dismissed for Want of Jurisdiction,
and that this decision be certified to the court below for observance.

By per curiam opinion.

Panel consisted of Worthen, C.J.,
Griffith, J., and DeVasto, J.








                                    THE STATE OF TEXAS

                          M A N D A T E

                                  *********************************************

 

 

TO THE 349TH JUDICIAL DISTRICT COURT OF
HOUSTON COUNTY, GREETINGS:


 

Before our Court of Appeals for the 12th
Court of Appeals District of Texas, on the 16th day of November, 2005, the
cause upon appeal to revise or reverse your judgment between

 

                                                 RICHARD
MARTIN, II., Appellant

 

                                      NO.
12-05-00318-CR; Trial Court No. 04-CR-113

 

                                                             By
per curiam opinion.

 

                                                  THE
STATE OF TEXAS, Appellee

 

was
determined; and therein our said Court made its order in these words:

 

“THIS
CAUSE came on to be heard on the transcript of the record; and the same being
inspected, it is the opinion of the Court that this Court is without
jurisdiction of the appeal, and that the appeal should be dismissed.

 

It is therefore ORDERED, ADJUDGED and DECREED by the
Court that this appeal be, and the same is, hereby Dismissed for Want of Jurisdiction, and that this
decision be certified to the court below for observance.”

 

WHEREAS, WE COMMAND YOU to observe the order of our said Court
of Appeals for the Twelfth Court of Appeals District of Texas in this behalf,
and in all things have it duly recognized, obeyed, and executed.

 

WITNESS, THE HONORABLE JAMES T. WORTHEN, Chief Justice of our Court of Appeals
for the Twelfth Court of Appeals District, with the Seal thereof affixed, at
the City of Tyler, this the ______ day of __________________, 200____.

 




 
 
 
 
 
 
 
 
 
 
 
 
 
  
 


CATHY S. LUSK,
CLERK

 

 

By:_______________________________

     Deputy Clerk

 

 













 [COMMENT1]J.11         DISMISSED FOR WANT OF JURISDICTION -
Vanilla